# United States Court of Appeals
## For the First Circuit

No. 15-2373

WEN ZHONG LI,

Petitioner,

v.

LORETTA E. LYNCH,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 20, 2016, is amended as follows:

On page 3, line 5, "Nationality" is changed to "Naturalization".

On page 3, footnote 1, "Department" is changed to "Dep't".